United States Court of Appeals
Fifth Circuit

**F I L E D**

October 26, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————

No. 06-51346

————————————

STEVE STOCKMAN,

                                        Plaintiff-Appellant,

versus

ROGER WILLIAMS; MARY ANN DAIGLE; JANICE EVANS;
BEVERLY KAUFMAN; J. R. PEREZ,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas, Austin
(06-CV-742)
--------------------

Before DAVIS, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is, in all respects,

AFFIRMED.  See 5th Cir. R. 47.6.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.